AO 440 (Rev. 06/12)  Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the
Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 24 2026 ★

LONG ISLAND OFFICE

)
)
)
Stephen Salembier )
_____ )
Plaintiff(s) )
v. )
)
)
)
Wydanch UFSD )
_____ )
Defendant(s) Dr. Michelle Kwan, )
Dr Lawence Areistion, )
Paul sibblies, Noel Rios & Carl Baldini (ARE )
sued in their individual capacities NYEL290 et seq.) )

**CV 26 2429**

Civil Action No.

**BULSARA, J.**

TISCIONE, M.J.

SUMMONS IN A CIVIL ACTION

RECEIVED
APR 24 2026
EDNY PRO SE OFFICE

To: *(Defendant's name and address)*

See attached rider for defendants
addresses and names.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen Salembier
1775 Ketcham Ave
Amityville NY 11701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
CLERK OF COURT

Date: APR 24 2026

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Defendant 1    Wyandanch Union Free School District
1445 Straight path
Wyandanch          Suffolk
NY              11798
631  870 0401


Defendant 2    Dr. Lawrence Aronstien
Interium superintendat
20 Hill Park Ave Apt 2C
Great neck , Nassau
NY

Defendant 3    Dr. Michelle Kwon
Assistant superintendant
9 Elmway place
East North port   Suffolk
NY       11731


Defendant 4    Paul Sibbles
principal WM HS
383 Sherbourne rd
Valley Stream    Nassau
NY       11580


Defendant 5    Noel Rios
Asst principal
2684 park Ave
Baldwin Nassau
NY      11510

Defendant 6    Carl Baldini
Director of Special Education
41 wading river rd    Suffolk   NY    11949